UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

CASE NO. 09-20194- CR-GOLD

ROMAN VIDAL                              CHANGE OF PLEA

on 08/14/09 the above named defendant appeared in person before the Honorable Alan S. Gold, United States District Judge/Magistrate, with AFPD PAUL M. KORCHIN, counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty to Count(s) 1-4, of the Indictment/~~Information~~. (NO PLEA AGREEMENT).

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( ) The Court proceeded to pronounce sentence. (See J&C)

(✓) The Court postponed sentencing until 11/10/09 @ 4:30 PM.

(✓) The defendant being allowed to remain on bond until sentencing.

( ) The defendant being remanded to the custody of the Marshal until a _____ bond in the amount of $_____ is approved and posted.

( ) The defendant being remanded to the custody of the Marshal awaiting sentencing.

The U.S. Attorney announced Count(s) ⌀ would be dismissed on the government's motion at sentencing.

Judge      Alan S. Gold
Reporter   Joseph Millikan
Courtroom Dpy.  Jacob M. Hasbun

AUSA: CYNTHIA STONE